UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALEXANDRA C.,

      Plaintiff,                         Civil No. 25-cv-13825
                                        Hon. Matthew F. Leitman

v.

FRANK BISIGNANO, COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                            s/Matthew F. Leitman_____
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126